# In The United States Court of Federal Claims

04-1489C

Cover Sheet

Plaintiff(s) or Petitioner(s) Information International Associates, Inc.

If this is a multi-plaintiff case, pursuant to CFCR 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See CFCR 81(d)] J. Hatcher Graham

Firm Name: McManus & Graham, LLP

Post Office Box: P.O. Box 7626 / 31095

Street Address: 303 Pleasant Ridge

City-State-Zip: Warner Robins, GA 31088

Telephone & Telecopier Numbers: (478) 953-5606 & (478) 953-0272

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9697 for admission papers and instructions.

Nature of suit code: 1 1 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A F

See attached Sheet for thee digit code.

Amount Claimed: $ Not less than $174,882.00

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) —

If this is case related to any pending or previous case your are **required** to file a separate notice of related case(s). See CFCR 77(f)(2) (General order No. 36)