IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION INTERNATIONAL,<br>ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1489C<br>(Judge Braden) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Marla T. Conneely as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Marla T. Conneely
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: October 15, 2004

s/ Marla T. Conneely
Marla T. Conneely
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-1011
Fax: (202) 307-0972