# In the United States Court of Federal Claims

**04-1489C**

**Filed: November 16, 2004**

**INFORMATION INTERNATIONAL  
ASSOCIATES, INC.**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 11/16/04, for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop  
Brian Bishop, Clerk of Court