IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | ) | |
| | ) | No. 04-1489C |
| Plaintiff, | ) | |
| v. | ) | Judge Braden |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

For its answer to plaintiff's complaint, defendant admits, denies and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law to which no response is required.

2. Admits the allegations contained in paragraph 2.

3. Denies the allegations contained in the first sentence of paragraph 3. Plaintiff submitted its certified claim on April 30, 2003 to Yasmin Brown, contract administrator. Denies the allegations contained in the second sentence of paragraph 3. A new contracting officer was assigned to this contract on or around April 20, 2004. Admits the allegations in the third and fourth sentence of paragraph 3 to the extent supported by the document cited, which is the best evidence of its contents, otherwise denies the allegations contained in the third and fourth sentence of paragraph 3.

4. Admits that the contracting officer had not issued a final decision in this matter by September 24, 2004. Denies the

remaining allegations in paragraph 4 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

5. Denies the first sentence of paragraph 5. The contract at issue in this litigation is contract number F05603-98-R-0002. Admits the second sentence of paragraph 5 to the extent it is supported by the contract, which is the best evidence of is contents, otherwise, denies the allegations in the second sentence of paragraph 5. Denies that defendant either knew or should have known that there was a mistake in Plaintiff's bid. Denies the remaining allegations in the third sentence of paragraph 5 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Denies the remaining allegations in paragraph 5 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

6. Admits the allegations contained in paragraph 6 to the extent supported by the solicitation, which is the best evidence of its contents, otherwise, denies the allegations in paragraph 6.

7. Denies the first and second sentences in paragraph 7. Denies the remaining allegations in paragraph 7 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

8. Denies the allegations contained in paragraph 8.

9. Denies the allegations in the first sentence of paragraph 9. Denies the remaining allegations in paragraph 9 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

10. Denies the allegations contained in paragraph 10.

11. Denies the allegations contained in paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

12. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 11, or to any relief whatsoever.

13. Denies each and every allegation not previously admitted or otherwise qualified.

FIRST AFFIRMATIVE DEFENSE

14. Plaintiff's claim may be barred by contributory negligence.

SECOND AFFIRMATIVE DEFENSE

15. Plaintiff's claim may be barred by assumption of the risk.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL:

Derek S. Sherrill
Major, USAF
Commercial Litigation
Air Force Legal Services
1501 Wilson Blvd
Suite 604
Arlington, VA 22209

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

December 23, 2004

Attorneys for Defendant