# In the United States Court of Federal Claims

No. 04-1489C
Filed February 28, 2005

***********************************

INFORMATION INTERNATIONAL ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**ORDER**

A telephone status conference will be held on March 2, 2005, at 3:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**