# In the United States Court of Federal Claims

No. 04-1489C
Filed March 2, 2005

************************************

INFORMATION INTERNATIONAL ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

**ORDER**

Pursuant to the status conference held on March 2, 2005, and the parties' Joint Preliminary Status Report, filed on February 14, 2005, the court hereby enters the following schedule:

1. Initial Disclosures. The parties will exchange initial disclosures pursuant to RCFC 26(a)(1) **on or before March 1, 2005**.

2. Fact Discovery**.** All fact discovery, including all depositions, will conclude **on or before September 1, 2005.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

3. Expert Discovery. Although the parties have indicated that the use of experts likely will not be necessary in this case, in the event the need arises, expert witnesses will be disclosed **on or before October 1, 2005**.

4. Dispositive Motions. Dispositive motions will be filed **on or before October 17, 2005**.

5. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before February 13, 2006**.

6. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") on or

before **February 27, 2006**. Defendant will file its responsive Memorandum **on or before March 27, 2006.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before March 27, 2006.** Plaintiff will file its responses to any motions filed by defendant **on or before April 10, 2006.**

7. Pretrial Conference. The pretrial conference will be held **on April 17, 2006, at 10 a.m. EST** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

8. Trial. Trial will be held **on April 24, 2006 through April 28, 2006.** Trial will begin at 10:00 a.m. on each day. The location for trial will be determined at a later date.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**