**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION INTERNATIONAL ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **NO. 04-1489C** |
| **V.** | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF DISCOVERY OUT OF TIME**

COMES NOW the Plaintiff, Information International Associates, Inc., and moves this Honorable Court to extend the time for discovery, out of time, and in support of its Motion, offer the following:

1.

The Plaintiff and the Defendant have engaged in exchanges of documents over the past several months. These exchanges have been extensive, amounting to over Five Thousand (5,000) pages from the Defendant and over Fifteen Hundred (1500) pages from the Plaintiff, and difficult to obtain and coordinate.

2.

For the past 30 days Plaintiff's counsel has been attempting to contact Defendant's counsel in an attempt to set up a discovery schedule. However, due to conflicting schedules and illnesses the parties have failed to connect.

3.

It is the position of the Plaintiff that the nexis of the litigation rests on what the Defendant's source selection personnel either knew or should have known concerning the Best

and Final Offer of the Plaintiff. The documents provided by the Defendant do not provide this information. Therefore, it is the Plaintiff's position that deposing two to three of the Defendant's personal is critical to a determination of the issues in this litigation.

4.

The Plaintiff realizes that this request is being made after the discovery period set by the Court has expired. However, the extensive paper discovery has taken an inordinate amount of time and Plaintiff's counsel felt it necessary to coordinate with Defendant's counsel before making this request.

THEREFORE: The Plaintiff respectfully requests an extension of the discovery period until 1 January, 2006, to complete depositions. These is a longer that usual time period for the taking of a few depositions, however, there are two major and two minor holiday periods during this time. Plaintiff's counsel is authorized to state to the Court that while the Defendant does not join in the request, it does not oppose the extension of the discovery period.

Submitted, this the 6th day of October, 2005.

Respectfully Submitted;
J. HATCHER GRAHAM, P.C.
Counsel For The Plaintiff

/s/__________________
J. Hatcher Graham
Georgia Bar No. 304577

P.O. Box 7626
Warner Robins
Georgia 31095
(478) 953-5606