# In the United States Court of Federal Claims

No. 04-1489C
Filed October 7, 2005

***********************************
*
INFORMATION INTERNATIONAL *
ASSOCIATES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Plaintiff's unopposed Motion for Enlargement of Discovery Out of Time is hereby **GRANTED**. Discovery shall conclude on or before January 1, 2006.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**