IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | ) | |
| | ) | No. 04-1489C |
| Plaintiff, | ) | |
| v. | ) | Judge Braden |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF DEADLINE FOR FILING DISPOSITIVE MOTIONS

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the deadline for filing dispositive motions in this matter be enlarged by 92 days, to and including January 17, 2006. Currently, the deadline for filing dispositive motions is October 17, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted regarding this request and does not oppose this motion.

On October 6, 2005, plaintiff, through counsel, filed a motion out of time to enlarge the deadline for fact discovery from September 1, 2005 to January 1, 2006. The Court granted plaintiff's motion on October 7, 2005. Accordingly, defendant believes it would be in the interests of judicial economy to enlarge the deadline for filing dispositive motions to approximately two weeks after fact discovery closes.[1] This would prevent the parties from having to file dispositive motions at a time when fact discovery is still pending.

For the foregoing reasons, defendant respectfully requests that the Court grant this

[1] Defendant proposes January 17, 2006 because two weeks after the close of fact discovery is a Sunday and the following Monday is Martin Luther King, Jr. Day, a federal holiday.

unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL:

Jeffrey Branstetter, Major, USAF
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd, Room 606
Arlington, VA 22209

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

October 12, 2005

Attorneys for Defendant