# In the United States Court of Federal Claims

No. 04-1489C
Filed October 14, 2005

***********************************
INFORMATION INTERNATIONAL ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

The Government's unopposed Motion for Enlargement of Deadline for Filing Dispositive Motions is hereby **GRANTED**. The deadline for filing dispositive motions is January 17, 2006.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**