# In the United States Court of Federal Claims

No. 04-1489C
Filed November 23, 2005

| | |
|---|---|
| *********************************** | |
| | * |
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

A telephone status conference will be held on November 30, 2005 at 2:00pm E.S.T.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**