# In the United States Court of Federal Claims

No. 04-1489C
Filed December 2, 2005

| | |
|---|---|
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## REVISED SCHEDULING ORDER

Pursuant to the status conference held on November 30, 2005, the court hereby enters the following revisions to the court's March 2, 2005 Scheduling Order:

Pretrial Conference. The pretrial conference will be held, via telephone, **on May 1, 2006, at 10:30 a.m. EST**. Prior to the pretrial conference, the parties will have circulated three copies (one copy to opposing counsel and two copies to the court) of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

Trial. Trial will be held **on May 8, 2006 through May 10, 2006** in Knoxville, Tennessee. Trial will begin at 10:00 a.m. on each day.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**