IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | ) | |
| | ) | No. 04-1489C |
| Plaintiff, | ) | |
| v. | ) | Judge Braden |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT
OF DEADLINE FOR FILING DISPOSITIVE MOTIONS

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, the parties respectfully request that the deadline for filing dispositive motions in this matter be enlarged by 43 days, to and including March 1, 2006. Currently, the deadline for filing dispositive motions is January 17, 2006. This is the parties' first joint request for an enlargement of time for this purpose. The United States requested a prior enlargement of 92 days, which was granted by this Court. Additionally, the parties request that the Court adopt the proposed briefing schedule for filing cross-motions for summary judgment as set forth below.

Upon completing fact discovery on January 1, 2006, the parties have concluded that this matter involves one legal issue that may be resolved upon cross-motions for summary judgment. Specifically, the case rests upon whether the contracting officer should have known that plaintiff's bid contained a mistake, and if so, whether the contract should be reformed to reflect that mistake. At this time, the material facts in the case do not appear to be in dispute.

This enlargement is requested to give the parties sufficient time to discuss whether a settlement may be possible, and, if a settlement is not possible, to give the parties sufficient time to prepare cross-motions for summary judgement. Moreover, the last depositions in this matter

were taken in Knoxville, Tennessee on December 21-22, 2005, and counsel for the parties recently received the transcripts of these depositions this week.

Accordingly, the parties propose the following briefing schedule for filing cross-motions for summary judgment:

| | |
|---|---|
| March 1, 2006 | Plaintiff's motion for summary judgment due |
| March 22, 2006 | Defendant's response to plaintiff's motion for summary judgment and cross-motion for summary judgment due |
| April 12, 2006 | Plaintiff's response to defendant's cross-motion for summary judgment and reply to defendant's response to plaintiff's motion for summary judgment due |
| April 21, 2006 | Defendant's reply to plaintiff's response to defendant's cross-motion for summary judgment due |

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion for an enlargement of time and adopt the parties' proposed briefing schedule for cross-motions for summary judgment.

Respectfully submitted,

s/J. Hatcher Graham
J. HATCHER GRAHAM
McManus & Graham
P.O. Box 7626
Warner Robins, GA 31095

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

OF COUNSEL:

Jeffrey Branstetter, Major, USAF
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Room 606
Arlington, VA 22209

January 17, 2006

Attorneys for Defendant