# In the United States Court of Federal Claims

No. 04-1489C
Filed January 20, 2006

************************************
INFORMATION INTERNATIONAL ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

A telephone status conference will be held on Monday, January 23, 2006 at 1:30pm, E.S.T.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**