# In the United States Court of Federal Claims

No. 04-1489C
Filed January 23, 2006

************************************
*
INFORMATION INTERNATIONAL *
ASSOCIATES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**REVISED SCHEDULING ORDER**

Pursuant to the parties' Joint Motion For Enlargement of Time, the court enters the following changes to the court's March 2, 2005 and December 2, 2005 Scheduling Orders:

1. Plaintiff's Motion for Summary Judgment. Plaintiff shall file a motion for summary judgment **on or before March 1, 2006**.

2. The Government's Response to Plaintiff's Motion and Cross-Motion for Summary Judgment. The Government shall file a response to Plaintiff's Motion and a cross-motion for summary judgment **on or before March 22, 2006**.

3. Plaintiff's Response to the Government's Cross-Motion and Reply. Plaintiff shall file a response to the Government's Cross-Motion and reply **on or before April 12, 2006**.

4. The Government's Reply. The Government shall file a reply **on or before April 21, 2006**.

5. The Pretrial Conference, scheduled for May 1, 2006, and the Trial, scheduled for May 8, 2006 to May 10, 2006, is hereby **canceled**.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**