# In the United States Court of Federal Claims

**05-1489C**

**Filed: March 14, 2006**

**INFORMATION INTERNATIONAL ASSOCIATES, INC.**

**v.**

**THE UNITED STATES**

JOINT EXHIBIT #1 DEPOSIITON OF:
ROSALIND BAKER

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.