Request for Production Number 4

Produce all documents supporting your contention that you are owed $174,882.00 or any other amount of money for alleged costs associated with the services of library assistant/computer operator III at Malmstrom Air Force Base.

Response

IIa's certified claim (see Document Production Request No. 8) is based on the error in IIa's Final Offer.

Based on information in IIa's Deltek-based automated accounting system, incurred a total cost of $91,008 which, with a profit of 5%, supports a claim of $95,558. The attached spreadsheet, prepared by the IIa Director of Finance based on the automated records, supports this claim.

Bates 000051 to 000063

Library Assistant/Computer Operator III
Malmstrom Air Force Base
Total Claim--1999 - 2004

June 1 - 1999 - June 30, 1999

| 1999 Rates | Employee | Rick O. Birnie | | | Total 1999 |
|---|---|---|---|---|---|
| | Wages | $624 | | | $624 |
| 0.2577 | Fringe | $161 | $0 | | $161 |
| 0.0518 | Overhead - Customer Site | $41 | $0 | | $41 |
| 0.5662 | Overhead - Ila Site | | | | $0 |
| 0.2199 | G&A | $182 | $0 | | $182 |
| Total Cost | | $1,007 | $0 | | $1,007 |

July 1, 1999 - June 30, 2000

| 2000 Rates | Employee | Rick O. Birnie | Roger Knight | Jack Mahan | Total 2000 |
|---|---|---|---|---|---|
| | Wages | $756 | $19,153 | $1,105 | $20,258 |
| 0.278 | Fringe | $210 | $5,324 | $307 | $5,632 |
| 0.0399 | Overhead - Customer Site | $39 | $977 | $56 | $1,033 |
| 0.3782 | Overhead - Ila Site | | | | $0 |
| 0.1522 | G&A | $153 | $3,874 | $224 | $4,098 |
| Total Cost | | $1,158 | $29,328 | $1,692 | $31,020 |

July 1, 2000 - June 30, 2001

| 2001 Rates | Employee | Thomas Mital | Roger Knight | | Total 2001 |
|---|---|---|---|---|---|
| | Wages | $3,019 | $13,045 | | $16,064 |
| 0.291 | Fringe | $879 | | | $879 |
| 0.0452 | Overhead - Customer Site | $176 | $590 | | $766 |
| 0.2026 | Overhead - Ila Site | | | | $0 |
| 0.1598 | G&A | $651 | $2,179 | | $2,830 |
| Total Cost | | $4,725 | $15,814 | | $20,539 |

July 1, 2001 - June 30, 2002

| FY 2002 Rates | Employee | Thomas Mital | | Total 2002 |
|---|---|---|---|---|
| | Wages | $7,884 | | $7,884 |
| 0.3763 | Fringe | | | $0 |
| 0.0261 | Overhead - Customer Site | $206 | | $206 |
| 0.1978 | Overhead - Ila Site | | | $0 |
| 0.1065 | G&A | $862 | | $862 |
| Total Cost | | $8,951 | | $8,951 |

July 1, 2002 - June 30, 2003

| 2003 Rates | Employee | Thomas Mital | | Total 2003 |
|---|---|---|---|---|
| | Wages | $7,239 | | $7,239 |
| 0.3949 | Fringe | $2,859 | | $2,859 |
| 0.0104 | Overhead - Customer Site | $105 | | $105 |
| 0.2205 | Overhead - Ila Site | | | $0 |
| 0.1479 | G&A | $1,509 | | $1,509 |
| Total Cost | | $11,711 | | $11,711 |

July 1, 2003 - Jun 30, 2004

| 2004 Rates | Employee | Thomas Mital | | Total 2004 |
|---|---|---|---|---|
| | Wages | $8,617 | | $8,617 |
| 0.3949 | Fringe | $3,403 | | $3,403 |
| 0.0104 | Overhead - Customer Site | $125 | | $125 |
| 0.2205 | Overhead - Ila Site | | | $0 |
| 0.1479 | G&A | $1,796 | | $1,796 |
| Total Cost | | $13,941 | | $13,941 |

July 1, 2004 - Sept 30, 2004

| 2005 Rates | Employee | Thomas Mital | | Total 2004 |
|---|---|---|---|---|
| | Wages | $2,373 | | $2,373 |
| 0.3949 | Fringe | $937 | | $937 |
| 0.0104 | Overhead - Customer Site | $34 | | $34 |
| 0.2205 | Overhead - Ila Site | | | $0 |
| 0.1479 | G&A | $495 | | $495 |
| Total Cost | | $3,839 | | $3,839 |

| Totals | | | Total - all year: |
|---|---|---|---|
| | Wages | | $63,058 |
| | Fringe | | $13,869 |
| | Overhead - Customer Site | | $2,310 |
| | Overhead - Ila Site | | $0 |
| | G&A | | $11,770 |
| | Total Cost | | $91,008 |
| | 5% Fee | | $4,550 |
| | Total Claim | | $95,558 |

TIMESHEET HISTORY REPORT BY ACCOUNT

FROM 6000-A04-39 TO 6000-A04-39 ALL DATES Contract Base Year

| EMPLOYEE NAME/ID | TIMESHEET DATE | TYPE | LINE NUM | TRADE CODE | DEPT | JOB CAT | PAY TYPE | FICA W/H | DIV/SFX | CORRECT DATE | SCA USED | ENTRY I D | PAY FRQ | POSTED PD/FY | HOURS | LABOR COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIRNIE, RICK O. (BIRNIERIC) | 04/16/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 10/99 | 31.500 | 378.00 |
| | 04/16/99 (1) PAT | R | 2 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 10/99 | 16.000 | 192.00 |
| | 04/30/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 10/99 | 30.500 | 366.00 |
| | 05/15/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 11/99 | 34.500 | 414.00 |
| | 05/31/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 11/99 | 34.000 | 408.00 |
| FY 99 | 06/15/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 12/99 | 27.000 | 324.00 |
| | 06/16/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 12/99 | 25.000 | 300.00 |
| FY 2000 | 07/15/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 01/00 | 39.000 | 468.00 |
| | 07/31/99 (1) PAT | R | 1 | | 02 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | MARY | S | 01/00 | 24.000 | 288.00 |
| | | | | | | | | | EMPLOYEE TOTAL | | | | | | 261.500 | ~~3,138.00~~ 1380 |
| KNIGHT, ROGER (KNIGHTROG) | 08/02/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 02/00 | 40.000 | 460.00 |
| | 08/15/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 02/00 | 80.000 | 920.00 |
| | 08/31/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 02/00 | 96.000 | 1,104.00 |
| | 09/15/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 03/00 | 80.000 | 920.00 |
| | 09/30/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 03/00 | 80.000 | 920.00 |
| | 10/15/99 (1) PAT | R | 2 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 04/00 | 88.000 | 1,012.00 |
| FY 2000 | 10/31/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 04/00 | 80.000 | 920.00 |
| | 11/15/99 (1) PAT | R | 2 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 05/00 | 80.000 | 920.00 |
| | 11/30/99 (1) PAT | R | 2 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 05/00 | 80.000 | 920.00 |
| | 12/15/99 (1) PAT | R | 1 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 06/00 | 88.000 | 1,012.00 |
| | 12/31/99 (1) PAT | R | 2 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 06/00 | 72.000 | 828.00 |
| | 01/15/00 (1) PAT | R | 2 | | 00 | S1 | R | Y | 01 39 PAT POWELL CONTRACTS | | N | HEATHF | S | 07/00 | 80.000 | 920.00 |

Page 2

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/31/00<br>(1) PAT | R | 2 | 00 | S1 | R | Y | 01 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 07/00 | 80.000 | [illegible] |
| | 02/15/00<br>(1) PAT | R | 1 | 00 | S1 | R | Y | 01 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 08/00 | 88.000 | 1,025.20 |
| | 02/15/00<br>(1) PAT | R | 3 | 00 | S1 | R | Y | 01 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 08/00 | 0.000 | 153.60 |
| FY2000 | 02/29/00<br>(1) PAT | R | 2 | 00 | S1 | R | Y | 01 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 08/00 | 28.000 | 326.20 |
| | | | | | | | | | EMPLOYEE TOTAL | | | | | 1,140.000 | 13,281.00 |
| MAHAN, JACK (MAHANJACK) | 02/29/00<br>(1) PAT | R | 1 | 00 | S1 | R | Y | 03 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 08/00 | 40.000 | 340.00 |
| | 03/15/00<br>(1) PAT | R | 1 | 00 | S1 | R | Y | 03 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 09/00 | 42.000 | 357.00 |
| FY2000 | 03/31/00<br>(1) PAT | R | 1 | 00 | S1 | R | Y | 03 | 39<br>PAT POWELL CONTRACTS | N | HEATHF | S | 09/00 | 48.000 | 408.00 |
| | | | | | | | | | EMPLOYEE TOTAL | | | | | 130.000 | 1,105.00 |

Contract Base Year

000054

TIMESHEET HISTORY REPORT BY ACCOUNT

FROM 6000-B04-39 TO 6000-B04-39 ALL DATES

Contract option 1

| EMPLOYEE NAME/ID | TIMESHEET DATE | TYPE | LINE NUM | TRADE CODE | DEPT | JOB CAT | PAY TYPE | FICA W/H | DIV/SFX | CORRECT DATE | SCA USED | ENTRY ID | PAY FRQ | POSTED PD/FY | HOURS | LABOR COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KNIGHT, ROGER | 04/15/00 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 10/00 | 80.000 | 932.00 |
| (KNIGHTROG) | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 04/30/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 10/00 | 72.000 | 838.80 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 05/15/00 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 11/00 | 88.000 | 1,025.20 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| FY2000 | 05/31/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 11/00 | 88.000 | 1,025.20 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/15/00 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 12/00 | 88.000 | 1,025.20 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/30/00 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 12/00 | 88.000 | 1,025.20 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 07/15/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 01/01 | 72.000 | 870.48 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 07/31/00 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 01/01 | 88.000 | 1,063.92 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 08/15/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 02/01 | 56.000 | 677.04 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 08/31/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 02/01 | 80.000 | 967.20 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 09/15/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 03/01 | 88.000 | 1,063.92 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 09/30/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 03/01 | 64.000 | 773.76 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 10/15/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 04/01 | 72.000 | 870.48 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| FY2001 | 10/31/00 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 04/01 | 96.000 | 1,160.64 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 11/15/00 | R | 3 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 05/01 | 72.000 | 870.48 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 11/30/00 | R | 3 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 05/01 | 72.000 | 870.48 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 12/15/00 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 06/01 | 80.000 | 967.20 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 12/31/00 | R | 3 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 06/01 | 56.000 | 677.04 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 01/15/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 07/01 | 72.000 | 870.48 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 01/31/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 07/01 | 95.000 | 1,148.55 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 02/15/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 08/01 | 16.000 | 193.44 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | | | | | | EMPLOYEE TOTAL | | | | | | | | | 1,583.000 | 18,916.71 |
| MITAL, THOMAS D. FY2001 | 01/31/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 07/01 | 11.000 | 88.00 |

000055

(1) PAT PAT POWELL CONTRACTS

Page 2

FY 2001

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/01 | R | 1 | 00 | S1 | R | Y | 01 | 39 | | N | HEATHF | S | 08/01 | 34.000 | 272.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | | |
| 02/28/01 | R | 1 | 00 | S1 | R | Y | 01 | 39 | | N | HEATHF | S | 08/01 | 29.000 | 232.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | | |
| 03/15/01 | C | 1 | 00 | S1 | R | Y | 01 | 39 | 02/28/01 | N | HEATHF | S | 09/01 | -29.000 | (232.00) |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | | |
| 03/15/01 | C | 2 | 00 | S1 | R | Y | 01 | 39 | 02/28/01 | N | HEATHF | S | 09/01 | 32.000 | 256.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | | |
| 03/15/01 | R | 1 | 00 | S1 | R | Y | 01 | 39 | | N | HEATHF | S | 09/01 | 41.000 | 328.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | | |
| 03/31/01 | R | 1 | 00 | S1 | R | Y | 01 | 39 | | N | HEATHF | S | 09/01 | 42.500 | 340.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | | |
| | | | | EMPLOYEE TOTAL | | | | | | | | | | 160.500 | 1,284.00 |

Contract option 1

REPORT DATE: 08/02/05 15:56 INFORMATION INTERNATIONAL ASSC 

TIMESHEET HISTORY REPORT BY ACCOUNT

FROM 6000-C04-39 TO 6000-C04-39 ALL DATES Contract option 2

| EMPLOYEE NAME/ID | TIMESHEET DATE | TYPE | LINE NUM | TRADE CODE | DEPT | JOB CAT | PAY TYPE | FICA W/H | DIV/SFX | CORRECT DATE | SCA USED | ENTRY ID | PAY FRQ | POSTED PD/FY | HOURS | LABOR COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MITAL, THOMAS D. | 04/15/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 10/01 | 38.500 | 308.00 |
| (MITALTHOM) | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 04/30/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 10/01 | 38.300 | 306.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 05/15/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 11/01 | 33.800 | 270.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| FY2001 | 05/31/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 11/01 | 42.000 | 336.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/15/01 | C | 1 | | 00 | S1 | R | Y | 01 39 | 05/31/01 | N | HEATHF | S | 12/01 | -42.000 | (336.00) |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/15/01 | C | 3 | | 00 | S1 | R | Y | 01 39 | 05/31/01 | N | HEATHF | S | 12/01 | 39.000 | 312.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/15/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 12/01 | 34.500 | 276.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/30/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 12/01 | 32.800 | 262.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 07/15/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 01/02 | 31.300 | 250.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 07/31/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 01/02 | 47.800 | 382.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 08/15/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 02/02 | 29.300 | 234.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 08/31/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 02/02 | 38.300 | 306.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 09/15/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 03/02 | 25.500 | 204.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 09/30/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 03/02 | 52.100 | 416.80 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 10/15/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 04/02 | 64.500 | 516.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| FY2002 | 10/15/01 | R | 3 | | 00 | S1 | O | Y | 01 39 | | N | HEATHF | S | 04/02 | 7.300 | 87.60 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 10/31/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 04/02 | 34.000 | 272.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 11/15/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 05/02 | 41.500 | 332.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 11/30/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 05/02 | 29.000 | 232.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 12/15/01 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 06/02 | 37.800 | 302.40 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 12/31/01 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 06/02 | 44.000 | 352.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 01/15/02 | R | 2 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 07/02 | 47.000 | 376.00 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |

000057

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/02 | R | 2 | 00 | S1 | R | Y | 01 | 39 | N | HEATHF | S | 07/02 | 37.000 | 296.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| 02/15/02 | R | 2 | 00 | S1 | R | Y | 01 | 39 | N | HEATHF | S | 08/02 | 17.600 | 140.80 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| 02/28/02 | R | 1 | 00 | S1 | R | Y | 01 | 39 | N | HEATHF | S | 08/02 | 76.700 | 613.60 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| 02/28/02 | R | 2 | 00 | S1 | O | Y | 01 | 39 | N | HEATHF | S | 08/02 | 15.900 | 190.80 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| 03/15/02 | R | 2 | 00 | S1 | R | Y | 01 | 39 | N | HEATHF | S | 09/02 | 27.500 | 220.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| 03/31/02 | R | 1 | 00 | S1 | R | Y | 01 | 39 | N | HEATHF | S | 09/02 | 42.500 | 340.00 |
| (1) PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | | | | EMPLOYEE TOTAL | | | | | | | | | 963.500 | 7,800.80 |

FY 2002

Contract option 2

Page 2

REPORT DATE: 08/02/05 15:59 INFORMATION INTERNATIONAL ASSC PAGE 0001

TIMESHEET HISTORY REPORT BY ACCOUNT

FROM 6000-D04-39 TO 6000-D04-39 ALL DATES *Contract option 3*

| EMPLOYEE NAME/ID | TIMESHEET DATE | TYPE | LINE NUM | TRADE CODE | DEPT | JOB CAT | PAY TYPE | FICA W/H | DIV/SFX | CORRECT DATE | SCA USED | ENTRY ID | PAY FRQ | POSTED PD/FY | HOURS | LABOR COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MITAL, THOMAS D. | 04/15/02 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 10/02 | 37.300 | 315.93 |
| (MITALTHOM) | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 04/30/02 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 10/02 | 42.300 | 358.28 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| *FY2002* | 05/15/02 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HEATHF | S | 11/02 | 35.800 | 303.23 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 05/31/02 | R | 2 | | 00 | S1 | R | Y | 03 39 | | N | HC | S | 11/02 | 34.000 | 287.98 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/15/02 | R | 1 | | 00 | S1 | R | Y | 03 39 | | N | HC | S | 12/02 | 33.000 | 279.51 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 06/30/02 | R | 1 | | 00 | S1 | R | Y | 01 39 | | N | HC | S | 12/02 | 32.300 | 273.58 |
| | (1) | PAT | | | | PAT POWELL CONTRACTS | | | | | | | | | | |
| | 07/15/02 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | HC | S | 01/03 | 38.300 | 324.40 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 07/31/02 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | HC | S | 01/03 | 38.000 | 321.86 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 08/15/02 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | HC | S | 02/03 | 32.500 | 275.28 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 09/15/02 | C | 1 | | 00 | 48 | R | Y | 01 39 | 08/13/02 | N | ARMES | S | 03/03 | 33.500 | 283.75 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 09/15/02 | R | 3 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 03/03 | 29.300 | 248.17 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 09/30/02 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 03/03 | 36.000 | 304.92 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 10/15/02 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 04/03 | 35.500 | 300.69 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| *FY2003* | 10/31/02 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 04/03 | 39.800 | 337.11 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 11/15/02 | R | 3 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 05/03 | 20.000 | 169.40 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 11/30/02 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 05/03 | 43.300 | 366.75 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 12/15/02 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 06/03 | 27.500 | 232.93 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 12/31/02 | R | 3 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 06/03 | 42.000 | 355.74 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 01/15/03 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 07/03 | 42.300 | 358.28 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 01/31/03 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 07/03 | 27.300 | 231.23 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 02/15/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 08/03 | 14.000 | 118.58 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 02/28/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYI | S | 08/03 | 37.000 | 313.39 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |

FY 2013

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/03 | R | 1 | 00 | 48 | R | Y | 01 | 39 | N | CHERYL S | 09/03 | 41.300 | 349.81 |
| (1) MT | | | | MONTANA | | | | | | | | | |
| 03/31/03 | R | 1 | 00 | 48 | R | Y | 01 | 39 | N | CHERYL S | 09/03 | 28.000 | 237.16 |
| (1) MT | | | | MONTANA | | | | | | | | | |
| | | | | EMPLOYEE TOTAL | | | | | | | | 820.300 | 6,947.96 |

Contract option.

page 2

REPORT DATE: 08/02/05 16:01 INFORMATION INTERNATIONAL ASSC PAGE 0001

TIMESHEET HISTORY REPORT BY ACCOUNT

FROM 6000-E04-39 TO 6000-E04-39 ALL DATES contract option 4

| EMPLOYEE NAME/ID | TIMESHEET DATE | TYPE | LINE NUM | TRADE CODE | DEPT | JOB CAT | PAY TYPE | FICA W/H | DIV/SFX | CORRECT DATE | SCA USED | ENTRY ID | PAY FRQ | POSTED PD/FY | HOURS | LABOR COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MITAL, THOMAS D. | 04/15/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 10/03 | 44.000 | 410.08 |
| (MITALTHOM) | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 04/30/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 10/03 | 32.500 | 302.90 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 05/15/03 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 11/03 | 43.800 | 408.22 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| FY2003 | 05/31/03 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 11/03 | 32.500 | 302.90 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 06/15/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 12/03 | 34.000 | 316.88 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 06/30/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 12/03 | 39.500 | 368.14 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 07/15/03 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 01/04 | 35.000 | 332.85 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 07/31/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 01/04 | 31.500 | 299.57 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 08/15/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 02/04 | 35.300 | 335.70 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 08/31/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | ARMES | S | 02/04 | 39.500 | 375.65 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 09/15/03 | R | 3 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 03/04 | 38.000 | 361.38 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 09/30/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 03/04 | 26.300 | 250.11 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 10/15/03 | R | 2 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 04/04 | 41.000 | 389.91 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 10/31/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 04/04 | 40.000 | 380.40 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 11/15/03 | R | 3 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 05/04 | 29.000 | 275.79 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 11/30/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 05/04 | 40.500 | 385.16 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 12/15/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 06/04 | 48.000 | 456.48 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| FY2004 | 12/31/03 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 06/04 | 37.500 | 356.63 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 01/15/04 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 07/04 | 36.000 | 342.36 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 01/31/04 | C | 1 | | 00 | 48 | R | Y | 01 39 | 12/31/03 | N | CHERYL | S | 07/04 | -37.500 | (356.63) |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 01/31/04 | C | 2 | | 00 | 48 | R | Y | 01 39 | 12/31/03 | N | CHERYL | S | 07/04 | 34.500 | 328.10 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |
| | 01/31/04 | R | 1 | | 00 | 48 | R | Y | 01 39 | | N | CHERYL | S | 07/04 | 33.000 | 313.83 |
| | (1) | MT | | | | MONTANA | | | | | | | | | | |

000061

FY2004

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/04 | R | 1 | 00 | 48 | R | Y | 01 | 39 | N | CHERYL S | 08/04 | 21.500 | 204.47 |
| (1) MT | | | | MONTANA | | | | | | | | | |
| 02/29/04 | R | 1 | 00 | 48 | R | Y | 01 | 39 | N | CHERYL S | 08/04 | 42.000 | 399.42 |
| (1) MT | | | | MONTANA | | | | | | | | | |
| 03/15/04 | R | 1 | 00 | 48 | R | Y | 01 | 39 | N | CHERYL S | 09/04 | 49.000 | 465.99 |
| (1) MT | | | | MONTANA | | | | | | | | | |
| 03/31/04 | R | 1 | 00 | 48 | R | Y | 01 | 39 | N | CHERYL S | 09/04 | 40.500 | 385.16 |
| (1) MT | | | | MONTANA | | | | | | | | | |
| | | | | EMPLOYEE TOTAL | | | | | | | | 886.900 | 8,391.45 |

Contract option 4

Page 2

TIMESHEET HISTORY REPORT BY ACCOUNT

FROM 6000-F04-39 TO 6000-F04-39 ALL DATES 6 Month extension

| EMPLOYEE NAME/ID | TIMESHEET DATE | TYPE | LINE NUM | TRADE CODE | DEPT | JOB CAT | PAY TYPE | FICA W/H | DIV/SFX | CORRECT DATE | SCA USED | ENTRY ID | PAY FRQ | POSTED PD/FY | HOURS | LABOR COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MITAL, THOMAS D. (MITALTHOM) | 04/15/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 10/04 | 46.000 | 437.46 |
| FY2004 | 04/30/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 10/04 | 31.000 | 294.81 |
| | 05/15/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 11/04 | 37.000 | 351.87 |
| | 05/31/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 11/04 | 40.000 | 380.40 |
| | 06/15/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 12/04 | 45.000 | 427.95 |
| | 06/30/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 12/04 | 46.500 | 442.22 |
| FY2005 | 07/15/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 01/05 | 43.000 | 408.93 |
| | 07/31/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 01/05 | 39.500 | 375.65 |
| | 08/15/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 02/05 | 41.000 | 389.91 |
| | 08/31/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 02/05 | 55.500 | 527.81 |
| | 09/15/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 03/05 | 28.500 | 271.04 |
| | 09/30/04 (1) MT | R | 1 | | 00 | 48 MONTANA | R | Y | 01 39 | | N | CHERYL | S | 03/05 | 42.000 | 399.42 |
| | EMPLOYEE TOTAL | | | | | | | | | | | | | | 495.000 | 4,707.47 |