# In the United States Court of Federal Claims

No. 04-1489C
Filed June 13, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

Pursuant to the request of the parties, the court hereby **GRANTS** the Government leave to file three deposition transcripts as exhibits in paper form.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**