# In the United States Court of Federal Claims

**04-1489C**

**Filed: June 13, 2006**

**INFORMATION INTERNATIONAL ASSOCIATED, INC.**

**v.**

**THE UNITED STATES**

JOINT EXHIBITS
and
Notice of Filing Joint Exhibits

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.