IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | ) | |
| | ) | No. 04-1489C |
| Plaintiff, | ) | |
| v. | ) | Judge Braden |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

RESPONSE TO JUNE 26, 2006 COURT REQUEST

Defendant, the United States, through counsel and on behalf of the parties, respectfully submits this response to the Court's June 26, 2006 request for additional information and documents in this matter.

1. Court Request 1: A copy of the April 30, 2003 request for equitable adjustment.

Response: A copy of the April 30, 2003 request is included under Tab 1 of the Appendix filed with this response.

2. Court Request 2: Any correspondence between the Government and plaintiff concerning the April 30, 2003 request for equitable adjustment. The Court specifically is interested in who, in the Government was aware of the request, any acknowledgment received by plaintiff that it had submitted a claim under the Contract Disputes Act, and any decision made by the Government.

Response: Documents responsive to this request are included under Tab 2 of the Appendix filed with this response.

3. Court Request 3: What the role of the Contract Administrator was, and what the relationship between the Contract Administrator and the Contracting Officer is?

Response: Yasmin Brown, the contract administrator, performed duties as directed by the contracting officer, including small dollar modifications, invoice issues and responding to questions from the contractor. The contract administrator interacted on a daily basis with the contracting officer.

4. Court Request 4: Any correspondence, between the Government and plaintiff, acknowledging the Contracting Officer's receipt of the June 1, 2004 claim.

Response: Documents responsive to this request are included under Tab 3 of the Appendix filed with this response.

5. Court Request 5: Correspondence between the Government and plaintiff concerning the Contracting Officer's reasoning as to why it would take 180 days to render a decision on the June 1, 2004 claim.

Response: Documents responsive to this request are included under Tab 4 of the Appendix filed with this response.

6. Court Request 6: Who was the designated primary point of contact within the Government for the plaintiff for the contract at issue?

Response: After December 2002, when the contract was transferred to 21 CONS at Peterson Air Force Base, the primary point of contact within the Government was Yasmin Brown, the contract administrator.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

OF COUNSEL:

Jeffrey Branstetter, Major, USAF
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Room 606
Arlington, VA 22209

July 25, 2006

Attorneys for Defendant