# EXHIBITS

1) Original Proposal Schedule B
2) Supporting spreadsheets to Original Proposal Schedule B
3) BAFO Schedule B
4) Supporting spreadsheets to BAFO Schedule B
5) Cost Comparison Form (CCF)
6) "Corrected" BAFO Spreadsheets

# EXHIBIT 1

## Original Proposal Schedule B

PART I - THE SCHEDULE

SECTION B

SUPPLIES OR SERVICES AND PRICES/COSTS (BID SCHEDULE)

| ITEM CLIN Number | SUPPLIES/SERVICES Description | Qty. | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 0004 | NOUN: Nonpersonal Library Services at Malmstrom AFB, MT.<br>CONTRACT TYPE: Firm-Fixed Price<br>DESCRIPTIVE DATA:<br>The contractor shall provide the services necessary to accomplish the effort as described in Section J, Attachment 3, Performance Work Statement dated 1 July 1998. | | | | |
| 0004AA | Basic Contract Period of Performance<br>1 April 1999 – 31 March 2000.<br>ACRN: AB | 12 | MO | $ 11,348 | $ 136,174 |
| 0004AB | Option Year 1: 1 April 2000 – 31 March 2001<br>ACRN: BB | 12 | MO | $ 11,507 | $ 138,087 |
| 0004AC | Option Year 2: 1 April 2001 – 31 March 2002<br>ACRN: CB | 12 | MO | $ 11,727 | $ 140,724 |
| 0004AD | Option Year 3: 1 April 2002 – 31 March 2003<br>ACRN: DB | 12 | MO | $ 11,953 | $ 143,430 |
| 0004AE | Option Year 4: 1 April 2003 – 31 March 2004<br>ACRN: EB | 12 | MO | $ 12,385 | $ 148,617 |
| 0005 | NOUN: Travel, training and library materials purchased with local funds for Malmstrom AFB, MT.<br>CONTRACT TYPE: Cost Reimbursement – No profit or fee allowed. | | | | |
| 0005AA | Basic Contract Period of Performance<br>1 April 1999 – 31 March 2000.<br>ACRN: AB | | Estimated Cost | $36,600.00 | |
| 0005AB | Option Year 1: 1 April 2000 – 31 March 2001<br>ACRN: BB | | Est. Cost | $36,600.00 | |
| 0005AC | Option Year 2: 1 April 2001 – 31 March 2002<br>ACRN: CB | | Est. Cost | $36,600.00 | |

# EXHIBIT 2

## Supporting spreadsheets to Original Proposal Schedule B

RFP NO. F05603-98-R0002

MALMSTROM AFB

## SCHEDULE OF COST DETAIL BY PERIOD

## BASE YEAR

April 1, 1999 thu March 31, 2000

| Labor | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,450 | 2,330 | 2,450 | 2,330 | 2,450 | 2,330 | 2,330 | 2,210 | 2,330 | 2,210 | 2,330 | 2,450 | 28,200 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| Reference Librarian * | 2,450 | 2,330 | 2,450 | 2,330 | 2,450 | 2,330 | 2,330 | 2,210 | 2,330 | 2,210 | 2,330 | 2,450 | 28,200 |
| Library Assistant (Clerk I) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| **Total Labor** | 7,783 | 7,402 | 7,783 | 7,402 | 7,783 | 7,402 | 7,402 | 7,020 | 7,402 | 7,020 | 7,402 | 7,783 | 89,582 |
| **Labor Fringe @ 26.5%** | 2,062 | 1,961 | 2,062 | 1,961 | 2,062 | 1,961 | 1,961 | 1,860 | 1,961 | 1,860 | 1,961 | 2,062 | 23,734 |
| **Overhead @ 5.0%** | 492 | 468 | 492 | 468 | 492 | 468 | 468 | 444 | 468 | 444 | 468 | 492 | 5,666 |
| **G & A @ 9.0%** | 930 | 885 | 930 | 885 | 930 | 885 | 885 | 839 | 885 | 839 | 885 | 930 | 10,708 |
| **Total before Fee** | 11,267 | 10,716 | 11,267 | 10,716 | 11,267 | 10,716 | 10,716 | 10,163 | 10,716 | 10,163 | 10,716 | 11,267 | 129,690 |
| **Fee @ 5.0%** | 563 | 536 | 563 | 536 | 563 | 536 | 536 | 508 | 536 | 508 | 536 | 563 | 6,484 |
| **Total after Fee** | 11,830 | 11,252 | 11,830 | 11,252 | 11,830 | 11,252 | 11,252 | 10,671 | 11,252 | 10,671 | 11,252 | 11,830 | 136,174 |

| Hours | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| *Reference Librarian ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk I) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| *Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| Reference Librarian * | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| Library Assistant (Clerk I) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* *Exempt professional position, increased by 3%/year*

**Indicates Wage Grade Determination

FFP NO. F05603 88 R0002

MALMSTROM AFB — SCHEDULE OF COST DETAIL BY PERIOD

## Option Year One

April 1, 2000 thru March 31, 2001

| Labor | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,450 | 2,330 | 2,450 | 2,400 | 2,524 | 2,400 | 2,400 | 2,276 | 2,400 | 2,276 | 2,400 | 2,524 | 28,829 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| Reference Librarian * | 2,450 | 2,330 | 2,450 | 2,400 | 2,524 | 2,400 | 2,400 | 2,276 | 2,400 | 2,276 | 2,400 | 2,524 | 28,829 |
| Library Assistant (Clerk I) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| **Total Labor** | 7,783 | 7,402 | 7,783 | 7,541 | 7,930 | 7,541 | 7,541 | 7,153 | 7,541 | 7,153 | 7,541 | 7,930 | 90,840 |
| **Labor Fringe @ 26.5%** | 2,062.0 | 1,961.0 | 2,062.0 | 1,998.0 | 2,101.0 | 1,998.0 | 1,998.0 | 1,896.0 | 1,998.0 | 1,898.0 | 1,998.0 | 2,101.0 | 24,069 |
| **Overhead @ 6.0%** | 492 | 468 | 492 | 477 | 502 | 477 | 477 | 452 | 477 | 452 | 477 | 502 | 5,745 |
| **G & A @ 9.0%** | 930 | 885 | 930 | 901 | 948 | 901 | 901 | 855 | 901 | 855 | 901 | 948 | 10,856 |
| **Total before Fee** | 11,267 | 10,716 | 11,267 | 10,917 | 11,480 | 10,917 | 10,917 | 10,356 | 10,917 | 10,356 | 10,917 | 11,480 | 131,511 |
| **Fee @ 5.0%** | 563 | 536 | 563 | 546 | 574 | 546 | 546 | 518 | 546 | 518 | 546 | 574 | 6,576 |
| **Total after Fee** | 11,830 | 11,252 | 11,830 | 11,463 | 12,054 | 11,463 | 11,463 | 10,874 | 11,463 | 10,874 | 11,463 | 12,054 | 138,087 |

| Hours | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Reference Librarian * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk I) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| **Total hours** | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.00 | 15.00 | 15.00 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| *Reference Librarian ** | 15.00 | 15.00 | 15.00 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 |
| Library Assistant (Clerk I) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by [illegible]%/year
** Indicates Wage Grade Determination