MALMSTROM AFB **SCHEDULE OF COST DETAIL BY PERIOD**

# Option Year Two

April 1, 2001 thru March 31, 2002

| Labor | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 | Mar-02 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,524 | 2,400 | 2,524 | 2,472 | 2,599 | 2,472 | 2,472 | 2,345 | 2,472 | 2,345 | 2,472 | 2,599 | 29,694 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| *Reference Librarian* * | 2,524 | 2,400 | 2,524 | 2,472 | 2,599 | 2,472 | 2,472 | 2,345 | 2,472 | 2,345 | 2,472 | 2,599 | 29,694 |
| Library Assistant (Clerk I) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,200 |
| **Total Labor** | 7,930 | 7,541 | 7,930 | 7,685 | 8,081 | 7,685 | 7,685 | 7,290 | 7,685 | 7,290 | 7,685 | 8,081 | 92,570 |
| **Labor Fringe @ 26.5%** | 2,101 | 1,998 | 2,101 | 2,037 | 2,142 | 2,037 | 2,037 | 1,932 | 2,037 | 1,932 | 2,037 | 2,142 | 24,533 |
| **Overhead @ 5.0%** | 502 | 477 | 502 | 486 | 511 | 486 | 486 | 461 | 486 | 461 | 486 | 511 | 5,855 |
| **G & A @ 9.0%** | 948 | 901 | 948 | 919 | 966 | 919 | 919 | 871 | 919 | 871 | 919 | 966 | 11,066 |
| **Total before Fee** | 11,480 | 10,917 | 11,480 | 11,128 | 11,700 | 11,128 | 11,128 | 10,554 | 11,128 | 10,554 | 11,128 | 11,700 | 134,024 |
| **Fee @ 5.0%** | 574 | 546 | 574 | 556 | 585 | 556 | 556 | 528 | 556 | 528 | 556 | 585 | 6,700 |
| **Total after Fee** | 12,054 | 11,463 | 12,054 | 11,684 | 12,285 | 11,684 | 11,684 | 11,082 | 11,684 | 11,082 | 11,684 | 12,285 | 140,724 |

| Hours | | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 | Mar-02 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Library Director/Contract Manager* * | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Reference Librarian * | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk I) ** | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total hours | | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.45 | 15.45 | 15.45 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| *Reference Librarian* * | 15.45 | 15.45 | 15.45 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 |
| Library Assistant (Clerk I) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* *Exempt professional position, increased by 3%/year*

**Indicates Wage Grade Determination

MALMSTROM AFB — SCHEDULE OF COST DETAIL BY PERIOD

# Option Year Three

April 1, 2002 thru March 2003

| Labor | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2 599 | 2,472 | 2,599 | 2,546 | 2,677 | 2,546 | 2,546 | 2,415 | 2,548 | 2,415 | 2,548 | 2,677 | 30,585 |
| Library Assistant/Computer Oper III ** | 1 903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,718 | 1,810 | 1,718 | 1,810 | 1,903 | 21,902 |
| Reference Librarian * | 2,599 | 2,472 | 2,599 | 2,546 | 2,677 | 2,546 | 2,546 | 2,415 | 2,546 | 2,415 | 2,548 | 2,677 | 30,505 |
| Library Assistant (Clerk I) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| **Total Labor** | 8,081 | 7,685 | 8,081 | 7,834 | 8,237 | 7,834 | 7,834 | 7,430 | 7,834 | 7,430 | 7,834 | 8,237 | 94,352 |
| **Labor Fringe @ 26.5%** | 2,142 | 2,037 | 2,142 | 2,076 | 2,183 | 2,076 | 2,076 | 1,969 | 2,076 | 1,969 | 2,076 | 2,183 | 25,005 |
| **Overhead @ 5.0%** | 511 | 486 | 511 | 495 | 521 | 495 | 495 | 470 | 495 | 470 | 495 | 521 | 5,968 |
| **G & A @ 9.0%** | 966 | 919 | 966 | 936 | 985 | 936 | 936 | 888 | 936 | 888 | 936 | 985 | 11,277 |
| **Total before Fee** | 11,700 | 11,128 | 11,700 | 11,341 | 11,926 | 11,341 | 11,341 | 10,757 | 11,341 | 10,757 | 11,341 | 11,926 | 136,601 |
| **Fee @ 5.0%** | 585 | 556 | 585 | 567 | 596 | 567 | 567 | 538 | 567 | 538 | 567 | 596 | 6,829 |
| **Total after Fee** | 12,285 | 11,684 | 12,285 | 11,908 | 12,522 | 11,908 | 11,908 | 11,295 | 11,908 | 11,295 | 11,908 | 12,522 | 143,430 |

| Hours | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| *Reference Librarian* * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk I) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.91 | 15.91 | 15.91 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| *Reference Librarian* * | 15.91 | 15.91 | 15.91 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 |
| Library Assistant (Clerk I) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year

***Indicates Wage Grade Determination*

RFP NO. F05603 99-R0002

MALMSTROM AFB SCHEDULE OF COST DETAIL BY PERIOD

# Option Year Four

April 1, 2003 thru March 31, 2004

| Labor | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,677 | 2,546 | 2,758 | 2,701 | 2,840 | 2,701 | 2,701 | 2,562 | 2,701 | 2,562 | 2,701 | 2,840 | 32,291 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,718 | 1,810 | 1,718 | 1,810 | 1,903 | 21,902 |
| Reference Librarian * | 2,677 | 2,546 | 2,758 | 2,701 | 2,840 | 2,701 | 2,701 | 2,562 | 2,701 | 2,562 | 2,701 | 2,840 | 32,291 |
| Library Assistant (Clerk I) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| **Total Labor** | 8,237 | 7,834 | 8,398 | 8,144 | 8,563 | 8,144 | 8,144 | 7,724 | 8,144 | 7,724 | 8,144 | 8,563 | 97,763 |
| **Labor Fringe @ 26.5%** | 2,180 | 2,076 | 2,225 | 2,158 | 2,269 | 2,158 | 2,158 | 2,047 | 2,158 | 2,047 | 2,158 | 2,269 | 25,903 |
| **Overhead @ 5.0%** | 521 | 495 | 531 | 515 | 542 | 515 | 515 | 489 | 515 | 489 | 515 | 542 | 6,184 |
| **G & A @ 9.0%** | 984 | 936 | 1,004 | 974 | 1,024 | 974 | 974 | 923 | 974 | 923 | 974 | 1,024 | 11,688 |
| **Total before Fee** | 11,922 | 11,341 | 12,158 | 11,791 | 12,398 | 11,791 | 11,791 | 11,183 | 11,791 | 11,183 | 11,791 | 12,398 | 141,538 |
| **Fee @ 5.0%** | 596 | 567 | 608 | 590 | 620 | 590 | 590 | 559 | 590 | 559 | 590 | 620 | 7,079 |
| **Total after Fee** | 12,518 | 11,908 | 12,766 | 12,381 | 13,018 | 12,381 | 12,381 | 11,742 | 12,381 | 11,742 | 12,381 | 13,018 | 148,617 |

| Hours | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Reference Librarian * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk I) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 16.39 | 16.39 | 16.88 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| Reference Librarian * | 16.39 | 16.39 | 16.88 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 |
| Library Assistant (Clerk I) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year

**Indicates Wage Grade Determination

# EXHIBIT 3

## BAFO Schedule B

PART I - THE SCHEDULE

SECTION B

SUPPLIES OR SERVICES AND PRICES/COSTS (BID SCHEDULE)

| ITEM CLIN Number | SUPPLIES/SERVICES Description | Qty. | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 0004 | NOUN: Nonpersonal Library Services at Malmstrom AFB, MT.<br>CONTRACT TYPE: Firm-Fixed Price<br>DESCRIPTIVE DATA:<br>The contractor shall provide the services necessary to accomplish the effort as described in Section J, Attachment 3, Performance Work Statement dated 1 July 1998. | | | | |
| 0004AA | Basic Contract Period of Performance<br>1 April 1999 – 31 March 2000.<br>ACRN: AB | 12 | MO | $ 8,361 | $ 100,332 |
| 0004AB | Option Year 1: 1 April 2000 – 31 March 2001<br>ACRN: BB | 12 | MO | $ 7,894 | $ 94,728 |
| 0004AC | Option Year 2: 1 April 2001 – 31 March 2002<br>ACRN: CB | 12 | MO | $ 7,854 | $ 94,248 |
| 0004AD | Option Year 3: 1 April 2002 – 31 March 2003<br>ACRN: DB | 12 | MO | $ 8,078 | $ 96,936 |
| 0004AE | Option Year 4: 1 April 2003 – 31 March 2004<br>ACRN: EB | 12 | MO | $ 8,253 | $ 99,036 |
| 0005 | NOUN: Travel, training and library materials purchased with local funds for Malmstrom AFB,MT.<br>CONTRACT TYPE: Cost Reimbursement—No profit or fee allowed. | | | | |
| 0005AA | Basic Contract Period of Performance<br>1 April 1999 – 31 March 2000.<br>ACRN: AB | | | Estimated Cost $36,600.00 | |
| 0005AB | Option Year 1: 1 April 2000 – 31 March 2001<br>ACRN: BB | | | Est. Cost $36,600.00 | |
| 0005AC | Option Year 2: 1 April 2001 – 31 March 2002<br>ACRN: CB | | | Est. Cost $36,600.00 | |

# EXHIBIT 4

## Supporting spreadsheets to BAFO Schedule B