MALMSTROM AFB

## SCHEDULE OF COST DETAIL BY PERIOD

# BASE YEAR

*April 1, 1999 thu March 31, 2000*

| Labor | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,450 | 2,330 | 2,450 | 2,330 | 2,450 | 2,330 | 2,330 | 2,210 | 2,330 | 2,210 | 2,330 | 2,450 | 28,200 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,713 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 7,314 | 6,956 | 5,411 | 5,146 | 5,411 | 5,146 | 5,146 | 4,881 | 5,146 | 4,881 | 5,146 | 5,411 | 65,997 |
| Labor Fringe @ 26.5% | 1,938 | 1,843 | 1,434 | 1,364 | 1,434 | 1,364 | 1,364 | 1,294 | 1,364 | 1,294 | 1,364 | 1,434 | 17,491 |
| Overhead @ 6.0 % | 463 | 440 | 342 | 326 | 342 | 326 | 326 | 309 | 326 | 309 | 326 | 342 | 4,174 |
| G & A @ 9.0% | 874 | 832 | 647 | 615 | 647 | 615 | 615 | 584 | 615 | 584 | 615 | 647 | 7,890 |
| Total before Fee | 10,589 | 10,071 | 7,834 | 7,451 | 7,834 | 7,451 | 7,451 | 7,068 | 7,451 | 7,068 | 7,451 | 7,834 | 95,553 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 5.0 % | 529 | 504 | 392 | 373 | 392 | 373 | 373 | 353 | 373 | 353 | 373 | 392 | 4,780 |
| Total after Fee | 11,118 | 10,575 | 8,226 | 7,824 | 8,226 | 7,824 | 7,824 | 7,421 | 7,824 | 7,421 | 7,824 | 8,226 | 100,333 |

| Hours | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, Increased by 3%/year

**Indicates Wage Grade Determination

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year One

Arril 1, 2000 thru March 31, 2001

| Labor | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,450 | 2,330 | 2,450 | 2,400 | 2,524 | 2,400 | 2,400 | 2,276 | 2,400 | 2,276 | 2,400 | 2,524 | 28,829 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 5,411 | 5,146 | 5,411 | 5,216 | 5,485 | 5,216 | 5,216 | 4,947 | 5,216 | 4,947 | 5,216 | 5,485 | 62,913 |
| Labor Fringe @ 26.5% | 1,434.0 | 1,364.0 | 1,434.0 | 1,382.0 | 1,453.0 | 1,382.0 | 1,382.0 | 1,311.0 | 1,382.0 | 1,311.0 | 1,382.0 | 1,453.0 | 16,670 |
| Overhead @ 6.0 % | 342 | 326 | 342 | 330 | 347 | 330 | 330 | 313 | 330 | 313 | 330 | 347 | 3,979 |
| G & A @ 9.0% | 647 | 615 | 647 | 624 | 656 | 624 | 624 | 591 | 624 | 591 | 624 | 656 | 7,523 |
| Total before Fee | 7,834 | 7,451 | 7,834 | 7,552 | 7,941 | 7,552 | 7,552 | 7,162 | 7,552 | 7,162 | 7,552 | 7,941 | 91,086 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 4.0 % | 313 | 298 | 313 | 302 | 318 | 302 | 302 | 286 | 302 | 286 | 302 | 318 | 3,642 |
| Total after Fee | 8,147 | 7,749 | 8,147 | 7,854 | 8,259 | 7,854 | 7,854 | 7,448 | 7,854 | 7,448 | 7,854 | 8,259 | 94,728 |

| Hours | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.00 | 15.00 | 15.00 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 | 15.45 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year

**Indicates Wage Grade Determination

RFP NO F05603-98-R0002

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year Two

April 1, 2001 thru March 31, 2002

| Labor | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 | Mar-02 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,524 | 2,400 | 2,524 | 2,472 | 2,599 | 2,472 | 2,472 | 2,345 | 2,472 | 2,345 | 2,472 | 2,599 | 29,694 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 5,485 | 5,216 | 5,485 | 5,288 | 5,560 | 5,288 | 5,288 | 5,016 | 5,288 | 5,016 | 5,288 | 5,560 | 63,778 |
| Labor Fringe @ 26.5% | 1,453 | 1,382 | 1,453 | 1,401 | 1,474 | 1,401 | 1,401 | 1,329 | 1,401 | 1,329 | 1,401 | 1,474 | 16,899 |
| Overhead @ 4.0 % | 278 | 264 | 278 | 268 | 281 | 268 | 268 | 254 | 268 | 254 | 268 | 281 | 3,227 |
| G & A @ 8.0% | 577 | 549 | 577 | 557 | 585 | 557 | 557 | 528 | 557 | 528 | 557 | 585 | 6,714 |
| Total before Fee | 7,792 | 7,411 | 7,792 | 7,514 | 7,901 | 7,514 | 7,514 | 7,127 | 7,514 | 7,127 | 7,514 | 7,901 | 90,618 |
| *Internet services* | | | | | | | | | | | | | *0* |
| Fee @ 4.0 % | 312 | 296 | 312 | 301 | 316 | 301 | 301 | 285 | 301 | 285 | 301 | 316 | 3,627 |
| Total after Fee | 8,104 | 7,707 | 8,104 | 7,815 | 8,217 | 7,815 | 7,815 | 7,412 | 7,815 | 7,412 | 7,815 | 8,217 | 94,245 |

| Hours | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 | Mar-02 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Total hours* | *653.33* | *621.33* | *653.33* | *621.33* | *653.33* | *621.33* | *621.33* | *589.33* | *621.33* | *589.33* | *621.33* | *653.33* | *7,520.00* |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Library Director/Contract Manager ** | *15.45* | *15.45* | *15.45* | *15.91* | *15.91* | *15.91* | *15.91* | *15.91* | *15.91* | *15.91* | *15.91* | *15.91* |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year
**Indicates Wage Grade Determination

RFP NO. F05603-98-R0002

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year Three

April 1, 2002 thru March 2003

| Labor | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,599 | 2,472 | 2,599 | 2,546 | 2,677 | 2,546 | 2,546 | 2,415 | 2,546 | 2,415 | 2,546 | 2,677 | 30,585 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 5,560 | 5,288 | 5,560 | 5,362 | 5,638 | 5,362 | 5,362 | 5,086 | 5,362 | 5,086 | 5,362 | 5,638 | 64,669 |
| Labor Fringe @ 26.5% | 1,474 | 1,401 | 1,474 | 1,421 | 1,494 | 1,421 | 1,421 | 1,348 | 1,421 | 1,348 | 1,421 | 1,494 | 17,138 |
| Overhead @ 4.0 % | 281 | 268 | 281 | 271 | 285 | 271 | 271 | 257 | 271 | 257 | 271 | 285 | 3,272 |
| G & A @ 8.0% | 585 | 557 | 585 | 564 | 593 | 564 | 564 | 535 | 564 | 535 | 564 | 593 | 6,803 |
| Total before Fee | 7,901 | 7,514 | 7,901 | 7,619 | 8,011 | 7,619 | 7,619 | 7,226 | 7,619 | 7,226 | 7,619 | 8,011 | 91,882 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 5.5 % | 435 | 413 | 435 | 419 | 441 | 419 | 419 | 397 | 419 | 397 | 419 | 441 | 5,054 |
| Total after Fee | 8,336 | 7,927 | 8,336 | 8,038 | 8,452 | 8,038 | 8,038 | 7,623 | 8,038 | 7,623 | 8,038 | 8,452 | 96,936 |

| Hours | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.91 | 15.91 | 15.91 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year

**Indicates Wage Grade Determination

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year Four

April 1, 2003 thru March 31, 2004

| Labor | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,677 | 2,546 | 2,758 | 2,701 | 2,840 | 2,701 | 2,701 | 2,562 | 2,701 | 2,562 | 2,701 | 2,840 | 32,291 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 5,638 | 5,362 | 5,719 | 5,517 | 5,801 | 5,517 | 5,517 | 5,233 | 5,517 | 5,233 | 5,517 | 5,801 | 66,375 |
| Labor Fringe @ 26.5% | 1,490 | 1,421 | 1,515 | 1,462 | 1,537 | 1,462 | 1,462 | 1,387 | 1,462 | 1,387 | 1,462 | 1,537 | 17,584 |
| Overhead @ 4.0 % | 285 | 271 | 289 | 279 | 294 | 279 | 279 | 265 | 279 | 265 | 279 | 294 | 3,358 |
| G & A @ 7.0% | 519 | 494 | 527 | 508 | 534 | 508 | 508 | 482 | 508 | 482 | 508 | 534 | 6,112 |
| Total before Fee | 7,932 | 7,548 | 8,050 | 7,766 | 8,166 | 7,766 | 7,766 | 7,367 | 7,766 | 7,367 | 7,766 | 8,166 | 93,429 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 6.0 % | 476 | 453 | 483 | 466 | 490 | 466 | 466 | 442 | 466 | 442 | 466 | 490 | 5,606 |
| Total after Fee | 8,408 | 8,001 | 8,533 | 8,232 | 8,656 | 8,232 | 8,232 | 7,809 | 8,232 | 7,809 | 8,232 | 8,656 | 99,035 |

| Hours | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 16.39 | 16.39 | 16.88 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year
**Indicates Wage Grade Determination

# EXHIBIT 5

## Cost Comparison Form (CCF)