5 - Five Libraries (USAF)

## IN-HOUSE VS. CONTRACT PERFORMANCE

| | Performance periods | | | | | |
|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | Add'l | Total | Reference |
| In-House Performance | | | | | | |
| 1. Personnel | 771,035 | 794,937 | 844,223 | 1,964,455 | 4,374,649 | Circ A-76, Chap 2, B & OPM GS Sched |
| 2. Material and Supply | 12,360 | 12,731 | 13,114 | 27,414 | 65,618 | |
| 3. Other Specifically | | | | | | Circ A-94, App C(last year's ref) & |
| Attributable ? | 1,000 | 1,000 | 1,000 | 2,000 | 5,000 | Circ A-76, App 3 |
| 4. Overhead | 92,524 | 95,392 | 101,307 | 235,735 | 524,958 | Circ A-76 Chap 2, E |
| 5. Additional ? | 1,000 | 1,000 | 1,000 | 2,000 | 5,000 | Circ A-76 Chap 2, F |
| | | | | | | |
| 6. Total In-House | 877,919 | 905,060 | 960,643 | 2,231,603 | 4,975,226 | |
| | | | | | | |
| Contract Performance | | | | | | |
| 7. Contract Price | 772,913 | 783,608 | 727,789 | 1,640,105 | 3,924,415 | |
| 8. Contract Administration | 53,797 | 55,411 | 58,847 | 130,698 | 298,753 | A-76, Table 3-1 |
| 9. Additional | | | | | | |
| 10. One-time Conversion | 31,741 | | | | 31,741 | A-76, Chap 3, E |
| 11. Gain on Assets | | | | | | |
| 12. Federal Income Taxes | -6,168 | -6,359 | -6,754 | -15,716 | -34,997 | A-76, App 4 |
| | | | | | | |
| 13. Total Contract | 852,284 | 832,660 | 779,882 | 1,755,087 | 4,219,912 | |
| | | | | | | |
| *Decision* | | | | | | |
| 14. Minimum Conversion | | | | | | |
| Differential | | | | | 437,465 | |
| 15. Adjusted Total Cost of | | | | | | |
| In-House Performance | | | | | 4,975,226 | |
| 16. Adjusted Total Cost of | | | | | | |
| Contract | | | | | 4,657,377 | |
| 17. Decision - - Line 16 | | | | | | |
| minus Line 15 | | | | | -317,848 | |
| 18. Cost Comparison Decision: Accomplish Work | | | | | | |
| In-House (+) | | | | | | |
| Contract (-) | | | | | Contract | |

# EXHIBIT 6

## "Corrected" BAFO Spreadsheets

RFP NO. F05603-98-R0002

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## BASE YEAR

April 1, 1999 thu March 31, 2000

| Labor | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,450 | 2,330 | 2,450 | 2,330 | 2,450 | 2,330 | 2,330 | 2,210 | 2,330 | 2,210 | 2,330 | 2,450 | 28,200 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,904 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 7,314 | 6,956 | 7,314 | 6,956 | 7,314 | 6,956 | 6,956 | 6,597 | 6,956 | 6,597 | 6,956 | 7,314 | 84,188 |
| Labor Fringe @ 26.5% | 1,938 | 1,843 | 1,938 | 1,843 | 1,938 | 1,843 | 1,843 | 1,748 | 1,843 | 1,748 | 1,843 | 1,938 | 22,306 |
| Overhead @ 6.0 % | 463 | 440 | 463 | 440 | 463 | 440 | 440 | 417 | 440 | 417 | 440 | 463 | 5,325 |
| G & A @ 9.0% | 874 | 832 | 874 | 832 | 874 | 832 | 832 | 789 | 832 | 789 | 832 | 874 | 10,066 |
| Total before Fee | 10,589 | 10,071 | 10,589 | 10,071 | 10,589 | 10,071 | 10,071 | 9,551 | 10,071 | 9,551 | 10,071 | 10,589 | 121,885 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 5.0 % | 529 | 504 | 529 | 504 | 529 | 504 | 504 | 478 | 504 | 478 | 504 | 529 | 6,096 |
| Total after Fee | 11,118 | 10,575 | 11,118 | 10,575 | 11,118 | 10,575 | 10,575 | 10,029 | 10,575 | 10,029 | 10,575 | 11,118 | 127,981 |

| Hours | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year

**Indicates Wage Grade Determination

RFP NO. F05603-98-R0002

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year One

April 1, 2000 thru March 31, 2001

| Labor | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,450 | 2,330 | 2,450 | 2,400 | 2,524 | 2,400 | 2,400 | 2,276 | 2,400 | 2,276 | 2,400 | 2,524 | 28,829 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 7,314 | 6,956 | 7,314 | 7,026 | 7,388 | 7,026 | 7,026 | 6,664 | 7,026 | 6,664 | 7,026 | 7,388 | 84,815 |
| Labor Fringe @ 26.5% | 1,938.0 | 1,843.0 | 1,938.0 | 1,862.0 | 1,958.0 | 1,862.0 | 1,862.0 | 1,766.0 | 1,862.0 | 1,766.0 | 1,862.0 | 1,958.0 | 22,477 |
| Overhead @ 5.0 % | 463 | 440 | 463 | 444 | 467 | 444 | 444 | 421 | 444 | 421 | 444 | 467 | 5,365 |
| G & A @ 9.0% | 874 | 831 | 874 | 840 | 883 | 840 | 840 | 797 | 840 | 797 | 840 | 883 | 10,139 |
| Total before Fee | 10,589 | 10,070 | 10,589 | 10,172 | 10,696 | 10,172 | 10,172 | 9,648 | 10,172 | 9,648 | 10,172 | 10,696 | 122,796 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 4.0 % | 424 | 403 | 424 | 407 | 428 | 407 | 407 | 386 | 407 | 386 | 407 | 428 | 4,914 |
| Total after Fee | 11,013 | 10,473 | 11,013 | 10,579 | 11,124 | 10,579 | 10,579 | 10,034 | 10,579 | 10,034 | 10,579 | 11,124 | 127,710 |

| Hours | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Library Director/Contract Manager ** | *15.00* | *15.00* | *15.00* | *15.45* | *15.45* | *15.45* | *15.45* | *15.45* | *15.45* | *15.45* | *15.45* | *15.45* |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| *Library Assistant (Clerk II) *** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, Increased by 3%/year

**Indicates Wage Grade Determination

RFP NO. F05603-98-R0002

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year Two

April 1, 2001 thru March 31, 2002

| Labor | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 | Mar-02 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,524 | 2,400 | 2,524 | 2,472 | 2,599 | 2,472 | 2,472 | 2,345 | 2,472 | 2,345 | 2,472 | 2,599 | 29,694 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 7,388 | 7,026 | 7,388 | 7,098 | 7,463 | 7,098 | 7,098 | 6,732 | 7,098 | 6,732 | 7,098 | 7,463 | 85,680 |
| Labor Fringe @ 26.5% | 1,958 | 1,862 | 1,958 | 1,881 | 1,978 | 1,881 | 1,881 | 1,784 | 1,881 | 1,784 | 1,881 | 1,978 | 22,707 |
| Overhead @ 4.0 % | 374 | 356 | 374 | 359 | 378 | 359 | 359 | 341 | 359 | 341 | 359 | 378 | 4,335 |
| G & A @ 8.0% | 778 | 739 | 778 | 747 | 786 | 747 | 747 | 709 | 747 | 709 | 747 | 786 | 9,020 |
| Total before Fee | 10,497 | 9,982 | 10,497 | 10,085 | 10,605 | 10,085 | 10,085 | 9,566 | 10,085 | 9,566 | 10,085 | 10,605 | 121,743 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 4.0 % | 420 | 399 | 420 | 403 | 424 | 403 | 403 | 383 | 403 | 383 | 403 | 424 | 4,868 |
| Total after Fee | 10,917 | 10,381 | 10,917 | 10,488 | 11,029 | 10,488 | 10,488 | 9,949 | 10,488 | 9,949 | 10,488 | 11,029 | 126,611 |

| Hours | | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 | Mar-02 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total hours | | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.45 | 15.45 | 15.45 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 | 15.91 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position. Increased by 3%/year

**Indicates Wage Grade Determination

RFP NO F05603-98-R0002

MALMSTROM AFB

# SCHEDULE OF COST DETAIL BY PERIOD

## Option Year Three

April 1, 2002 thru March 2003

| Labor | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,599 | 2,472 | 2,599 | 2,546 | 2,677 | 2,546 | 2,546 | 2,415 | 2,546 | 2,415 | 2,546 | 2,677 | 30,585 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 7,463 | 7,098 | 7,463 | 7,172 | 7,541 | 7,172 | 7,172 | 6,803 | 7,172 | 6,803 | 7,172 | 7,541 | 86,571 |
| Labor Fringe @ 26.5% | 1,978 | 1,881 | 1,978 | 1,901 | 1,998 | 1,901 | 1,901 | 1,803 | 1,901 | 1,803 | 1,901 | 1,998 | 22,944 |
| Overhead @ 4.0 % | 378 | 359 | 378 | 363 | 382 | 363 | 363 | 344 | 363 | 344 | 363 | 382 | 4,381 |
| G & A @ 8.0% | 786 | 747 | 786 | 755 | 794 | 755 | 755 | 716 | 755 | 716 | 755 | 794 | 9,114 |
| Total before Fee | 10,605 | 10,085 | 10,605 | 10,191 | 10,715 | 10,191 | 10,191 | 9,666 | 10,191 | 9,666 | 10,191 | 10,715 | 123,010 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 5.5 % | 583 | 555 | 583 | 560 | 589 | 560 | 560 | 532 | 560 | 532 | 560 | 589 | 6,763 |
| Total after Fee | 11,188 | 10,640 | 11,188 | 10,751 | 11,304 | 10,751 | 10,751 | 10,198 | 10,751 | 10,198 | 10,751 | 11,304 | 129,773 |

| Hours | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 15.91 | 15.91 | 15.91 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 | 16.39 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, Increased by 3%/year
**Indicates Wage Grade Determination

RFP NO. F05603-98-R0002

MALMSTROM AFB **SCHEDULE OF COST DETAIL BY PERIOD**

## Option Year Four

April 1, 2003 thru March 31, 2004

| Labor | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 2,677 | 2,546 | 2,758 | 2,701 | 2,840 | 2,701 | 2,701 | 2,562 | 2,701 | 2,562 | 2,701 | 2,840 | 32,291 |
| Library Technician ** | 1,981 | 1,884 | 1,981 | 1,884 | 1,981 | 1,884 | 1,884 | 1,787 | 1,884 | 1,787 | 1,884 | 1,981 | 22,804 |
| Library Assistant/Computer Oper III ** | 1,903 | 1,810 | 1,903 | 1,810 | 1,903 | 1,810 | 1,810 | 1,716 | 1,810 | 1,716 | 1,810 | 1,903 | 21,902 |
| Library Assistant (Clerk II) ** | 980 | 932 | 980 | 932 | 980 | 932 | 932 | 884 | 932 | 884 | 932 | 980 | 11,280 |
| Total Labor | 7,541 | 7,172 | 7,622 | 7,327 | 7,704 | 7,327 | 7,327 | 6,950 | 7,327 | 6,950 | 7,327 | 7,704 | 88,277 |
| Labor Fringe @ 26.5% | 2,000 | 1,901 | 2,020 | 1,942 | 2,042 | 1,942 | 1,942 | 1,842 | 1,942 | 1,842 | 1,942 | 2,042 | 23,399 |
| Overhead @ 4.0 % | 382 | 363 | 386 | 371 | 390 | 371 | 371 | 352 | 371 | 352 | 371 | 390 | 4,470 |
| G & A @ 7.0% | 695 | 661 | 702 | 675 | 710 | 675 | 675 | 640 | 675 | 640 | 675 | 710 | 8,133 |
| Total before Fee | 10,618 | 10,097 | 10,730 | 10,315 | 10,846 | 10,315 | 10,315 | 9,784 | 10,315 | 9,784 | 10,315 | 10,846 | 124,279 |
| Internet services | | | | | | | | | | | | | 0 |
| Fee @ 6.0 % | 637 | 606 | 644 | 619 | 651 | 619 | 619 | 587 | 619 | 587 | 619 | 651 | 7,458 |
| Total after Fee | 11,255 | 10,703 | 11,374 | 10,934 | 11,497 | 10,934 | 10,934 | 10,371 | 10,934 | 10,371 | 10,934 | 11,497 | 131,737 |

| Hours | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Technician ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant/Computer Oper III ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Library Assistant (Clerk II) ** | 163.33 | 155.33 | 163.33 | 155.33 | 163.33 | 155.33 | 155.33 | 147.33 | 155.33 | 147.33 | 155.33 | 163.33 | 1,880.00 |
| Total hours | 653.33 | 621.33 | 653.33 | 621.33 | 653.33 | 621.33 | 621.33 | 589.33 | 621.33 | 589.33 | 621.33 | 653.33 | 7,520.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Library Director/Contract Manager * | 16.39 | 16.39 | 16.88 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 | 17.39 |
| Library Technician ** | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 | 12.13 |
| Library Assistant/Computer Oper III ** | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 | 11.65 |
| Library Assistant (Clerk II) ** | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |

* Exempt professional position, increased by 3%/year

**Indicates Wage Grade Determination