TAB 3

**DEPARTMENT OF THE AIR FORCE**
21ST SPACE WING (AFSPACECOM)
21ST CONTRACTING SQUADRON

June 26, 2004

MEMORANDUM FOR Mr. Bruce P. Bowland
Information International Associates, Inc.
1009 Commerce Park Dr., Suite 150
PO Box 4219
Oak Ridge, Tennessee 37831-4219

FROM: Mr Steven R. West
21 CONS/LGCB
700 Suffolk Street/Bldg 982
Peterson AFB, CO 80914-4420

SUBJECT: Contract F05603-99-C-0001
Certified Claim for a Unilateral Mistake in Bid
Discovered After Award

I received the subject claim dated May 28, 2004 on June 1, 2004. It will not be possible to issue a decision within 60 days of receipt. A decision will be issued within 180 days from receipt of the certified claim. Please contact me with any questions or concerns.

STEVEN R. WEST
Contracting Officer