# In the United States Court of Federal Claims

**No. 04-1489 C**

**INFORMATION INTERNATIONAL ASSOCIATES, INC.,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the Memorandum Opinion and Final Order, filed October 31, 2006, granting plaintiff's March 1, 2006 Motion for Judgment and denying the Government's March 22, 2006 Cross-Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $174,882.00 plus interest. Interest will run from June 1, 2004 to date, at the rate set forth in 41 U.S.C. §611.

Brian Bishop
Clerk of Court

**October 31, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.