United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 18, 2006

James Hatcher Graham, Esq.

McManus & Graham, LLP

303 Pheasant Ridge

Warner Robins, GA 31088

In re: Information Int'l Assocs., Inc. v. United States, No.04-1489C

Dear Mr. Graham:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated November 3, 2006, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Marla Tun Connelly, Esq.