# In the United States Court of Federal Claims

No. 04-1489C
Filed December 28, 2006

| | |
|---|---|
| ************************************ | |
| | * |
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, the Government's December 27, 2006 Unopposed Motion For Enlargement of Time is hereby granted. The Government shall respond to Plaintiff's December 5, 2006 Motion for Attorney Fees and Costs pursuant to the Equal Access to Justice Act on or before January 29, 2007.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**