ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | | |
|---|---|---|---|
| INFORMATION INTERNATIONAL ASSOCIATES, INC., | ) | | |
| Plaintiff, | ) | No. 04-1489C | |
| v. | ) | Judge Braden | |
| THE UNITED STATES, | ) | | |
| Defendant. | ) | | |

FILED
JAN 29 2007
U.S. COURT OF FEDERAL CLAIMS

NOTICE OF FILING

Pursuant to the Court's August 16, 2006 Order, designating that all pleadings in excess of 100 pages be filed in traditional, hard-copy form and not in electronic form, defendant, the United States, hereby files its Opposition To Plaintiff's Application For Fees And Expenses Pursuant To The Equal Access To Justice Act as instructed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

January 26, 2007

Attorneys for Defendant