**JAMES HATCHER GRAHAM**

Biography

I. **EDUCATION:**

A. University of Tennessee, College of Law: J.D.

B. The National Law Center, George Washington University, Washington, D.C.: LL.M. (Federal Procurement Law)

C. Boston University College of Law: LL.M. (Taxation)

II. **EMPLOYMENT:**

A. United States Air Force:

1. Active Duty: 27 June, 1967 to 1 January, 1982

a. June, 1967 until 1 January, 1970: Personnel Officer at Otis, AFB, MA in charge of the Data Control Section, Consolidated Base Personnel Office. In charge of all computer operations for the personnel office. January, 1970 I was transferred to the Judge Advocate General's Department.

b. 1 January, 1970 until 1 August, 1971: Assistant Judge Advocate at McCellan AFB performing general duties such as courts martials, claims and contract reviews.

c. 1 August, 1971, until 1 August, 1972: Student at The National Law Center, The George Washington University. Earned a Master of Laws in Federal Procurement Law.

d. 1 August, 1972 until 1 September, 1975: Assistant Staff Judge Advocate, Chief, Claims and Opinions Branch, Office of the Staff Judge Advocate, Electronic Systems Division, Hanscom AFB, Bedford, MA. Responsible for the preparation or review of all legal opinions on any claims filed by government contractors on contracts administered by ESD. Served as Legal Advisor on all Source Selection Boards on all major weapons systems procurements at ESD. Served as legal counsel on the Combat Grande co-production program with the government of Spain for the installation of radar systems throughout the country of Spain. Involved in negotiating international agreements and contract provisions with the Spanish Air Ministry

e. 1 September, 1975, until 1 October, 1977: Served as Assistant Staff Judge Advocate, Procurement Law Division, Office of the Staff Judge Advocate, Air Force Systems Command, Andrews AFB, MD. Was responsible for legal advice on

all Foreign Military Sales conducted by the U.S. Air Force. Was lead counsel on the F-16 Consortium Program, a $10 Billion co-production program between the United States and five European governments. Was responsible for negotiating contractual agreements with these countries as well as assisting on negotiating agreements with approximately eight hundred (800) material suppliers within these countries. Was responsible for assisting or conducting either mediation or arbitration of disputes between these suppliers and/or the various country representatives. Served as lead counsel for the NATO AWACS program and participated in the source selection process for the production of that aircraft. Was required to periodically brief the NATO representatives at the Headquarters in Brussels, Belgium on both the F-16 and the NATO AWACS programs and to furnish legal opinions to this group on various international issues. Furnished legal opinions and advice on a myriad of matters including bid protests, cost accounting, intellectual property rights, and international aircraft registration.

f. 1 October, 1977 until 1 September, 1979: Was the Deputy Staff Judge Advocate and Chief, Contract Law, Warner Robins Air Logistics Center, Robins AFB, Warner Robins, GA. Was responsible for all legal advice on all contract actions at the Air Logistics Center. Supervised four attorneys and three administrative staff. Assisted and participated in the negotiation or mediation of all contract claims at the installation as well as advising on all major acquisitions.

g. 1 September, 1979 until 1 January, 1982: Senior Trial Attorney, Office of the Chief Trial Attorney, Department of the Air Force, Wright Patterson AFB, OH. This office defended the Air Force in any contract litigation brought in the Armed Services Board of Contract Appeals and assisted the Department of Justice in any litigation brought in the U.S. Claims Court. Supervised and trained five other trial attorneys. Prepared and either settled or tried approximately eighty (80) litigations. Tried the first defective pricing case brought in the Department of Defense ($30 million) and the largest case involving recoupment of independent research and development and bid and proposal costs ever presented ($130 million).

2. <u>Reserve Duty:</u>

1 January, 1982: Resigned my Regular Commission and transferred to the Air Force Reserves. Served in the Reserves until 1993 when I retired from the Air Force. Was utilized as a contracts attorney at Eglin AFB, FL, and provided contract and claims reviews for the installation.

B. <u>Civilian Employment:</u>

1. <u>Northrop Corporation</u>

1 January, 1982, until 1 July, 1982: Senior Staff Counsel: Senior counsel in the Materials Group of the Aircraft Division. This Group procured all materials and

subcontract labor for the production of the aircraft built by Northrop. This entailed: contracting with suppliers and subcontractors; negotiating with labor organizations; negotiating co-production agreements with the Republic of Korea and Spain; and, assisting outhouse counsel in preparing for litigation in any matters involving the materials group. Hired and trained two other attorneys.

2. DANAC, Inc.

1 July, 1982 until 1 July, 1984: General Counsel of DANAC, Inc., an international construction company doing business exclusively with the United States Government. Averaged $65 million per year in contracts. Was responsible for all legal matters within the company including: assisting in preparation of bids for contracts; negotiation of all contracts or modifications; preparation and settling by litigation, negotiation or mediation all claims for or against the company; handling of all labor matters involving the company; and, mediating all disputes within the company. Was promoted to Managing Director of the Western Division of the company ($35 million in projects) in addition to my duties as General Counsel.

3. Private Practice

A . 1 July, 1984: Left DANAC and opened my own law firm in Colorado Springs, CO. I operated as the outhouse counsel for DANAC, Inc. and also represented other contractors in the Colorado area who dealt with the United States government.

B. 1 July, 1986: Accept an offer of a partnership in an established firm in Warner Robins, GA. Created a contracts law practice as well as handling all of the firms major litigation.

C. 1 January, 1990: Opened my own law firm. The major portion of my practice has been the representation of contractors who contract with the United States Government. Have conducted dozens of litigations and negotiations of claims against the United States Government as well as representing clients in bid protest matters. Also had an extensive family law practice and represented plaintiffs in personal injury and workers' compensation matters. Certified as a mediator by the State of Georgia was appointed as an Administrative Law Judge by the City of Warner Robins. Have participated in several mediations in both the family law and contracts areas. Have also been retained by the United States Air Force to mediate multi-million dollar disputes filed before the Armed Service Board of Contract Appeals and am on the rotating list of arbitrators for the United States District Court for the Middle District of Georgia . Have instructed in Contract Law to contracting officers at Robins Air Force Base and chaired seminars on Government Contracts and Contracting with the State of Georgia. I have also spoken at yearly Continuing Legal Education Seminars sponsored by the State Bar of Georgia.