# FORM 5
# EAJA FORM

## APPLICATION
## FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | 2/26/07 | 04-1489C |

| 4. NAME OF APPLICANT (One per form) | 5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side) |
|---|---|
| Information International Associates, Inc. | (GSA) |

6. NATURE OF APPLICATION

A. ☑ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER:____________________

| 7A. DATE FILED IN LOWER COURT | 7B. DOCKET NO. |
|---|---|
| | |

8. ADMINISTRATIVE AGENCY DOCKET NO.

9. DATE FILED IN ADMINISTRATIVE AGENCY

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)):

Is agency order, court order, or other relevant document attached? ☐ YES ☑ NO Previously filed

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)):

Is net worth information attached? ☐ YES ☑ NO Previously filed

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):

Government position not substantially justified due to obvious nature of mistake in BID.

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)): Previously Filed

| | AMOUNT CLAIMED |
|---|---|
| A. ATTORNEY FEES | $ 27,836.25 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) Filing + Fed Ex | $ 567.21 |
| (2) Hotels & Meals | $ 1380.27 |
| (3) Airline, Parking & Milage | $ 1076.24 |
| I. TOTAL FEES AND EXPENSES | $ 30,859.97 |

| 14. SIGNATURE | 15. DATE |
|---|---|
| [signature] | 2/26/07 |

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT